IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JIMMIE CALLUM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:14-cv-03481-BHH |
| v. ) | |
| ) | |
| SOUTH CAROLINA CVS ) | |
| PHARMACY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' SUPPLEMENTAL LOCAL RULE 26.03 DISCLOSURES**

Defendants, by and through the undersigned counsel, hereby respectfully submit the following supplemental information pursuant to Local Civil Rule 26.03, DSC:

2.  Names of fact witnesses likely to be called by the party and a brief summary of their expected testimony.

**ANSWER:**  Subject to further investigation, discovery and proceedings in this matter, Defendants believe that the following individuals may be called to testify in support of Defendants' defenses:

| Name | Address | Summary of Expected Testimony |
|---|---|---|
| Fuller, Tracy | CVS Pharmacy Store 6410<br>431 Saint James Ave.<br>Goose Creek, SC 29445<br>843-572-2606 | Ms. Fuller is expected to testify regarding interactions with a woman believed to be Tess Pinkerton. Ms. Fuller is a supervisory employee of CVS, and should be contacted only through attorneys for Defendants. |

LEGAL02/36263485v2

| | | |
|---|---|---|
| McCrae, Sheila | CVS Pharmacy<br>415 Brooks Road<br>Andrews, SC 29510 | Ms. McCrae is expected to testify regarding calls made to the CVS Andrews location. Ms. McCrae is a supervisory employee of CVS, and should be contacted only through attorneys for Defendants |
| Medlock, Sonya | Asset Protection District Manager<br>Rite Aid<br>Charleston, SC<br>843-754-7096 | Ms. Medlock is expected to testify that Rite Aid received calls in Charleston and Myrtle Beach from a male individual saying that he suffered from PTSD and would need to shop after hours. |
| Shelor, Sgt. Trevor | Crime Prevention Unit Supervisor<br>Charleston Police Department<br>180 Lockwood Blvd.<br>Charleston, SC 29403<br>843-769-7407 | Sgt. Shelor is expected to testify regarding concerns of criminal activity raised by recipients of calls to Charleston area pharmacies in the latter part of 2013. |
| Simonetti, Tracy | District Loss Prevention Supervisor<br>Walgreens<br>4000 Faber Place Drive, Suite 230<br>North Charleston, SC 29405<br>843-529-2514 | Ms. Simonetti is expected to testify that Walgreens received calls in Charleston and Myrtle Beach from a male individual identifying himself as "Jimmy" wanting to know if he can shop in Walgreens stores after hours because he suffers from PTSD and does not like crowds. |
| Sumerlin, R.N., Grace E. | Dayton VA Medical Center<br>4100 W. Third Street<br>Dayton, OH 45428<br>1-888-838-6446 | Ms. Sumerlin is expected to testify regarding her conversations with Plaintiff on or about April 2, 2014. |
| Thompson, Riley | Berkeley County Sheriff's Office<br>223 N Live Oak Dr,<br>Moncks Corner, SC 29461<br>843-719-4465 | Officer Thompson is expected to testify regarding response to a 911 call at 1068 French Santee Road on or about April 2, 2014. |
| Westbrooks, Daphne | 521 Mini Mart,<br>9275 Highmarket St.<br>Georgetown, SC 29440<br>843-546-1855 | Ms. Westbrooks is expected to testify regarding the practice of allowing customers to shop after hours in a retail location. |

2

Respectfully submitted, this 22nd day of March, 2015

/s/ _____C. Pierce Campbell_____
Arthur E. Justice, Jr.
S.C. Federal Bar No. 2261
ajustice@turnerpadget.com
C. Pierce Campbell
S.C. Federal Bar No. 9443
pcampbell@turnerpadget.com
TURNER PADGET
319 South Irby Street
Florence, South Carolina 29501
Tel. No. (843) 662-9008

Admitted *Pro Hac Vice:*
Charles H. Morgan
Georgia Bar. No. 522040
charlie.morgan@alston.com
Christopher A. Riley
Georgia Bar No. 605634
chris.riley@alston.com
Brett E. Coburn
Georgia Bar No. 171094
brett.coburn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000

Attorneys for Defendants