UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NO.: 4:14-CV-03481-BHH

Jimmie Callum, Jr.,

                Plaintiff,

vs.

South Carolina CVS Pharmacy, LLC, CVS Pharmacy, Inc., Bill Poland, Xio Sosa, Ginny McClure, Jim Keeler, Harris Chisholm, Susan Webb, Joseph Cessna, Travis Combs, John Brescia, Natasha Pendergrass, Ashley Gates, John Does 1-80 and Jane Does 1-50,

                Defendants,

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as Co-Counsel for the above named Plaintiff.

RESPECTFULLY SUBMITTED,

April 19, 2016

s/J. Edward Bell, III
J. Edward Bell, III (Bar# 1280)
Bell Legal Group, LLC
219 Ridge Street
Georgetown, SC 29440
(843) 546-2408
(843) 546-9604 f