IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JIMMIE CALLUM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:14-cv-03481-BHH |
| v. ) | |
| ) | |
| SOUTH CAROLINA CVS ) | **CONSENT AMENDED** |
| PHARMACY, LLC, et al., ) | **SCHEDULING ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1.  Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel* has been disclosed to other parties by **July 11, 2016**. ***NOTE: Amendments effective December 1, 2010, impose new disclosure requirements for certain expert witnesses.**

2.  Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel* has been disclosed to other parties by **August 10, 2016**. ***NOTE: Amendments effective December 1, 2010, impose new disclosure requirements for certain expert witnesses.**

3.  Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **August 10, 2016**. Objections to such affidavits must be made within fourteen (14) after the service of the disclosure. *See* Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3).

4.  Discovery shall be completed no later than **September 23, 2016**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02, and have had a telephone conference with Judge**

**Hendricks in an attempt to resolve the matter informally.[1]  The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

5. All dispositive motions, Daubert motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than Daubert motions), shall be filed on or before **October 24, 2016**.

6. Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before **September 23, 2016**.  At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of Standing Order to Conduct Mediation; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.  *See* the Mediation Order filed in this case which sets forth mediation requirements.

7. This case is subject to being called for jury selection and/or trial on or after **January 27, 2017**.  Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time.  The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

                                                          s/Bruce Howe Hendricks
                                                          Bruce Howe Hendricks
                                                          United States District Judge

Dated: May 19, 2016
Greenville, South Carolina

Pursuant to Local Civil Rule 83.I.08, this order is being sent to local counsel only.

---

[1] Discovery motions related to the matters discussed with the Court at the Status Conference on May 9, 2016 are permitted without need for a telephone conference.

We Consent: s/ James T. Irvin. Jr.
James T. Irvin, Jr.
irvinlawfirm@aol.com
IRVIN LAW FIRM, LLC
1101 3rd Avenue South
P.O. Box 2677
Myrtle Beach, South Carolina 29577
Tel. No. (843) 445-6200

*Counsel for Plaintiff*


s/ C. Pierce Campbell
Arthur E. Justice, Jr.
S.C. Federal Bar No. 2261
ajustice@turnerpadget.com
C. Pierce Campbell
S.C. Federal Bar No. 9443
pcampbell@turnerpadget.com
TURNER PADGET
319 South Irby Street
Florence, South Carolina 29501
Tel. No. (843) 662-9008

Admitted *Pro Hac Vice*:
Charles H. Morgan
Georgia Bar. No. 522040
charlie.morgan@alston.com
Christopher A. Riley
Georgia Bar No. 605634
chris.riley@alston.com
Brett E. Coburn
Georgia Bar No. 171094
brett.coburn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel. No. (404) 881-7000

*Counsel for Defendants*